UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                         Case No: 15-17352-BKC-RAM
                                                                                                    Chapter 13

**GARY WAYNE CHITTY**
XXX-XX-0682
    **Debtor**
_____/

### DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE WITHOUT PREJUDICE IN ORDER TO ALLOW THE DEBTOR TO FILE A NEW CASE

    The Debtor, Gary Wayne Chitty, by and through undersigned counsel moves this honorable court for an Order Dismissing Chapter 13 Case without prejudice to allow the immediate filing of a new bankruptcy case. In support thereof the Debtor states the following:

1. This case was filed on April 23rd, 2015 as a chapter 13 Bankruptcy.
2. The Debtor is requesting to dismiss the instant chapter 13 case and be allowed to file a new chapter 13 case as Debtor originally filed as Pro Se and did not propose a confirmable plan.
3. The Debtor would like the opportunity to re-file with an attorney and proceed under a plan that attempts to take advantage of the MMM program.
4. No creditor would be prejudiced by the granting of this motion as all are adequately protected.

    WHEREFORE the Debtor moves this Honorable Court for an Order Dismissing the Chapter 13 Case without prejudice and allow the immediate filing of a new case under Chapter 13 of the Bankruptcy Code.

                                                                                            Respectfully submitted,
                                                                       Miller & Funcia, P.A.
                                                                       9555 N. Kendall Drive, Suite 211
                                                                       Miami, Florida 33176
                                                                       Phone: 305-274-2922
                                                                       Fax:   305-273-8734
                                                                            /s/
                                                                       Joshua S. Miller, Esq. FBN 64191